FLANIGAN v. PRUDENTIAL INSURANCE COMPANY OF AMERICA *et al.*

FISH, C. J. Under the pleadings and evidence in the case the court did not err in denying the prayers for injunction and receiver and other relief sought.      *Judgment affirmed. All the Justices concur.*
        No. 2533. FEBRUARY 16, 1922.

Petition for injunction, etc. Before Judge Fortson. Jackson superior court. March 5, 1921.

*P. Cooley,* for plaintiff.

*J. S. Ayers, A. C. Brown,* and *R. L. J. & S. J. Smith,* for defendants.